■ NATHANIEL M. HORN, Respondent, v. ISBRANDTSEN COMPANY, INC., et al., Appellants.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The complaint sufficiently alleges and the plaintiff should be given an opportunity to prove that he would have completed the successful negotiations and sale had not the defendants prevented him from doing so by their tortious conduct. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ.

■ GENERAL ACCIDENT, FIRE & LIFE ASSURANCE CORPORATION, LTD., Appellant, v. SALVATORE PIAZZA, Defendant and STONE'S EXPRESS, INC., et al., Respondents.— Judgment, order and decree unanimously affirmed, with costs to respondents Stone's Express, Inc., and Globe Indemnity Company. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL SILVERSTEIN, Appellant.— Judgments unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ.

■ In the Matter of ANTHONY PETRAZZOLO, Appellant, against BOARD OF EXAMINERS OF THE BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ. [5 Misc 2d 124.]

■ ÆTNA CASUALTY & SURETY COMPANY, as Successor by Merger of the AUTOMOBILE INSURANCE COMPANY, Respondent, v. LUDLOW MARINE CORPORATION, Appellant.— Judgment and order unanimously affirmed, with costs to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ.

■ BENNIE HAYWOOD, Appellant, v. MACRAY REALTY CORPORATION, Respondent.— Judgment unanimously affirmed, with costs to respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ.

■ VIRGINIA METAL PRODUCTS, INC., Appellant, v. DETREX CHEMICAL INDUSTRIES, INC., Respondent.— Judgment unanimously affirmed, with costs to respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ.

■ In the Matter of the Arbitration between BROOKSIDE MILLS, INC., Respondent, and MILLWORTH CONVERTING CORPORATION, Appellant.— Judgment and order unanimously affirmed, with costs to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein and Rabin, JJ.

■ ISAC WAGNER et al., Appellants, v. SAMUEL DERECKTOR, Respondent. — Judgment and order, so far as appealed from, unanimously affirmed, with costs to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Valente and McNally, JJ.

■ In the Matter of JOHN E. STEINBECK, Petitioner, against LAWRENCE E. GEROSA, as Comptroller of the City of New York, et al., Respondents.— Determination unanimously confirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Breitel, Botein, Valente and McNally, JJ.

■ In the Matter of PACE COLLEGE, Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Breitel, Botein, Valente and McNally, JJ. [See post, p. 940.]